# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BIRCHMIER, TRACY KIRK | § | Case No. 10-37542 A |
| BIRCHMIER, ELIZABETH ANN | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
      .  The undersigned trustee was appointed on                 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

                  Funds were disbursed in the following amounts:

                  Payments made under an interim disbursement

                  Administrative expenses

                  Bank service fees

                  Other payments to creditors

                  Non-estate funds paid to 3rd Parties

                  Exemptions paid to the debtor

                  Other payments to the debtor

                  Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)** *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                and the deadline for filing governmental claims was                . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $            [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $        [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/MICHAEL P. DACQUISTO_____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case 10-37542    Filed 06/18/13    Doc 32

| | |
|---|---|
| Case No: 10-37542    A    Judge: MICHAEL S. McMANUS | Trustee Name: MICHAEL P. DACQUISTO |
| Case Name: BIRCHMIER, TRACY KIRK | Date Filed (f) or Converted (c): 07/02/10 (f) |
| BIRCHMIER, ELIZABETH ANN | 341(a) Meeting Date: 08/25/10 |
| For Period Ending: 04/12/13 | Claims Bar Date: 11/29/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. INSTALLMENT NOTE | 7,000.00 | 7,000.00 | | 25,468.04 | FA |
| I am collecting the note payments, and trying to sell it. This is the only asset. Borrower paid it off. | | | | | |
| 2. REAL PROPERTY | 190,000.00 | 0.00 | | 0.00 | FA |
| Not worth administering. | | | | | |
| 3. BANK ACCOUNTS | 1,500.00 | 0.00 | | 0.00 | FA |
| 3 accounts. | | | | | |
| Debtor claimed exemption. | | | | | |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 5,700.00 | 0.00 | | 0.00 | FA |
| This is total of all B4 items listed by debtors. | | | | | |
| Debtor claimed exemption. | | | | | |
| 5. WEARING APPAREL | 1,500.00 | 0.00 | | 0.00 | FA |
| Debtor claimed exemption. | | | | | |
| 6. FURS AND JEWELRY | 1,300.00 | 0.00 | | 0.00 | FA |
| Debtor claimed exemption. | | | | | |
| 7. FIREARMS/SPORTS/PHOTO/HOBBY EQUIPME | 1,200.00 | 0.00 | | 0.00 | FA |
| This is both B8 items. | | | | | |
| Debtor claimed exemption. | | | | | |
| 8. INSURANCE POLICIES - TERM LIFE WITH OSGLI | 0.00 | 0.00 | | 0.00 | FA |
| Not worth administering. | | | | | |
| 9. IRA/ERISA/KEOUGH/PENSION 401K WITH NATIONWIDE | 0.00 | 0.00 | | 0.00 | FA |
| Not worth administering. | | | | | |
| 10. IRA/ERISA/KEOUGH/PENSION | 0.00 | 0.00 | | 0.00 | FA |
| Not worth administering. PERS | | | | | |
| 11. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 12. TAX REFUNDS/LIQUIDATED DEBTS OWED | 0.00 | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case 10-37542    Filed 06/18/13    Doc 32

Exhibit A

Case No:        10-37542     A    Judge: MICHAEL S. McMANUS
Case Name:      BIRCHMIER, TRACY KIRK
                BIRCHMIER, ELIZABETH ANN

Trustee Name:                              MICHAEL P. DACQUISTO
Date Filed (f) or Converted (c):           07/02/10 (f)
341(a) Meeting Date:                       08/25/10
Claims Bar Date:                           11/29/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Not worth administering. | | | | | |
| 13. AUTOMOBILE/TRUCK/TRAILERS-VEHICLES | 500.00 | 0.00 | | 0.00 | FA |
| 2000 flat bed trailer | | | | | |
| Debtor claimed exemption. | | | | | |
| 14. AUTOMOBILE/TRUCK/TRAILERS-VEHICLES | 8,090.00 | 0.00 | | 0.00 | FA |
| 2004 Yukon | | | | | |
| Debtor claimed exemption. | | | | | |
| 15. AUTOMOBILE/TRUCK/TRAILERS-VEHICLES | 11,580.00 | 0.00 | | 0.00 | FA |
| 2006 Dodge Ram | | | | | |
| Debtor claimed exemption. | | | | | |
| 16. AUTOMOBILE/TRUCK/TRAILERS-VEHICLES | 1,455.00 | 0.00 | | 0.00 | FA |
| 2006 Honda ATV | | | | | |
| Debtor claimed exemption. | | | | | |
| 17. AUTOMOBILE/TRUCK/TRAILERS-VEHICLES | 1,865.00 | 0.00 | | 0.00 | FA |
| 2007 Honda m/c | | | | | |
| Debtor claimed exemption. | | | | | |
| 18. AUTOMOBILE/TRUCK/TRAILERS-VEHICLES | 3,350.00 | 0.00 | | 0.00 | FA |
| 2009 Yamaha m/c. Not worth administering. | | | | | |
| 19. ANIMALS | 300.00 | 0.00 | | 0.00 | FA |
| Debtor claimed exemption. | | | | | |
| 20. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.18 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $235,340.00          $7,000.00                    $25,468.22          $0.00

(Total Dollar Amount in Column 6)

Case 10-37542    Filed 06/18/13    Doc 32

| | | | |
|---|---|---|---|
| Case No: | 10-37542      A   Judge: MICHAEL S. McMANUS | Trustee Name: | MICHAEL P. DACQUISTO |
| Case Name: | BIRCHMIER, TRACY KIRK | Date Filed (f) or Converted (c): | 07/02/10 (f) |
| | BIRCHMIER, ELIZABETH ANN | 341(a) Meeting Date: | 08/25/10 |
| | | Claims Bar Date: | 11/29/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 28, 2011, 03:34 pm am collecting note payments and trying to get early payoff. no luck yet.

April 13, 2012, 02:19 pm am still collecting note payments, no luck yet selling note

April 12, 2013, 03:35 pm all money rec'd TFR to UST.

Initial Projected Date of Final Report (TFR): 07/02/12        Current Projected Date of Final Report (TFR): 07/01/13

**FORM 2**

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case:10-37542    Filed:06/18/13    Doc:22

Exhibit B

| Case No: | 10-37542  -A | | Trustee Name: | MICHAEL P. DACQUISTO |
| Case Name: | BIRCHMIER, TRACY KIRK | | Bank Name: | Union Bank |
| | BIRCHMIER, ELIZABETH ANN | | Account Number / CD #: | *******0192  Checking Account |
| Taxpayer ID No: | *******3970 | | | |
| For Period Ending: | 04/12/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/26/10 | 1 | ELIZABETH BIRCHMIER PO BOX 932 SUSANVILLE CA 96114 | PROMISSORY NOTE | 1121-000 | 464.63 | | 464.63 |
| 09/28/10 | 1 | ELIZABETH BIRCHMIER | PROMISSORY NOTE | 1121-000 | 464.23 | | 928.86 |
| 10/26/10 | 1 | ELIZABETH BIRCHMIER | PROMISSORY NOTE | 1121-000 | 464.00 | | 1,392.86 |
| 10/29/10 | 20 | Union Bank | Interest Rate  0.050 | 1270-000 | 0.03 | | 1,392.89 |
| 11/30/10 | 20 | Union Bank | Interest Rate  0.050 | 1270-000 | 0.03 | | 1,392.92 |
| 12/01/10 | 1 | DEREK DJEU 230 DOLORES ST NO 208 SAN FRANCISCO, CA 94103 | PROMISSORY NOTE | 1121-000 | 464.43 | | 1,857.35 |
| 12/01/10 | 1 | DEREK DJEU 230 DOLORES ST NO 208 SAN FRANCISCO, CA 94103 | PROMISSORY NOTE | 1121-000 | 464.43 | | 2,321.78 |
| 12/31/10 | 20 | Union Bank | Interest Rate  0.050 | 1270-000 | 0.09 | | 2,321.87 |
| 01/19/11 | 1 | DEREK DJEU 230 DOLORES ST. NO. 208 SAN FRANCISCO, CA 94103 | PROMISSORY NOTE | 1121-000 | 928.86 | | 3,250.73 |
| 01/31/11 | 20 | Union Bank | Interest Rate  0.000 | 1270-000 | 0.03 | | 3,250.76 |
| 02/24/11 | | International Sureties One Shell Square 701 Poydras St., Suite 420 New Orleans, LA 70139 | TRUSTEE BOND | 2300-000 | | 6.25 | 3,244.51 |
| 03/14/11 | 1 | DEREK DJEU | PROMISSORY NOTE | 1121-000 | 928.86 | | 4,173.37 |
| 05/10/11 | 1 | DEREK DJEU | PROMISSORY NOTE | 1121-000 | 928.86 | | 5,102.23 |
| 08/02/11 | 1 | DEREK DJEU | PROMISSORY NOTE | 1121-000 | 928.86 | | 6,031.09 |
| 09/26/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 12.29 | 6,018.80 |
| 10/25/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 14.75 | 6,004.05 |
| 11/03/11 | 1 | DEREK DJEU | PROMISSORY NOTE | 1121-000 | 928.86 | | 6,932.91 |

| | | | Page Subtotals | | 6,966.20 | 33.29 | |

LFORM24

Ver: 17.01

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case 10-37542   Filed 06/18/13   Doc 22

Exhibit B

| Case No: | 10-37542  -A | | Trustee Name: | MICHAEL P. DACQUISTO |
| Case Name: | BIRCHMIER, TRACY KIRK | | Bank Name: | Union Bank |
| | BIRCHMIER, ELIZABETH ANN | | Account Number / CD #: | *******0192  Checking Account |
| Taxpayer ID No: | *******3970 | | | |
| For Period Ending: | 04/12/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/03/11 | 1 | DEREK DJEU | PROMISSORY NOTE | 1121-000 | 928.86 | | 7,861.77 |
| 11/25/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 14.75 | 7,847.02 |
| 12/27/11 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 17.21 | 7,829.81 |
| 01/20/12 | 1 | Derek Djeu | PROMISSORY NOTE | 1121-000 | 464.43 | | 8,294.24 |
| | | for BIRCHMIER | | | | | |
| 01/20/12 | 1 | Derek Djeu | PROMISSORY NOTE | 1121-000 | 464.43 | | 8,758.67 |
| | | for BIRCHNER | | | | | |
| 01/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 17.21 | 8,741.46 |
| 02/16/12 | | International Sureties | TRUSTEE BOND | 2300-000 | | 8.72 | 8,732.74 |
| | | One Shell Square | | | | | |
| | | 701 Poydras St., Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/27/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 19.67 | 8,713.07 |
| 03/09/12 | 1 | Derek Djeu | PROMISSORY NOTE | 1121-000 | 928.86 | | 9,641.93 |
| 03/26/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 19.67 | 9,622.26 |
| 04/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 22.12 | 9,600.14 |
| 05/11/12 | 1 | Derek Djeu | PROMISSORY NOTE | 1121-000 | 928.86 | | 10,529.00 |
| 05/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 22.12 | 10,506.88 |
| 06/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 24.58 | 10,482.30 |
| 07/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 24.58 | 10,457.72 |
| 08/17/12 | 1 | Derek Djeu | PROMISSORY NOTE | 1121-000 | 928.86 | | 11,386.58 |
| | | for Birchmier | | | | | |
| 08/27/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 24.58 | 11,362.00 |
| 09/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 24.58 | 11,337.42 |
| 10/25/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 27.04 | 11,310.38 |
| 11/05/12 | 1 | Derek Djeu | PROMISSORY NOTE | 1121-000 | 928.86 | | 12,239.24 |
| 11/05/12 | 1 | Derek Djeu | PROMISSORY NOTE | 1121-000 | 928.86 | | 13,168.10 |
| 11/26/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.00 | 13,153.10 |
| 12/26/12 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 15.81 | 13,137.29 |

Page Subtotals  6,502.02  297.64

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case 10-37542   Filed 06/18/13   Doc 22

Exhibit B

| Case No: | 10-37542  -A |
|---|---|
| Case Name: | BIRCHMIER, TRACY KIRK |
| | BIRCHMIER, ELIZABETH ANN |
| Taxpayer ID No: | *******3970 |
| For Period Ending: | 04/12/13 |

| Trustee Name: | MICHAEL P. DACQUISTO |
|---|---|
| Bank Name: | Union Bank |
| Account Number / CD #: | *******0192  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/16/13 | | International Sureties | bond premium | 2300-000 | | 24.76 | 13,112.53 |
| | | One Shell Square | | | | | |
| | | 701 Poydras St., Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 01/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 16.71 | 13,095.82 |
| 02/19/13 | 1 | Birchmier | PROMISSORY NOTE | 1121-000 | 12,000.00 | | 25,095.82 |
| 02/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 16.71 | 25,079.11 |
| 03/25/13 | | Union Bank | BANK SERVICE FEE | 2600-000 | | 22.75 | 25,056.36 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 25,468.22 | 411.86 | 25,056.36 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 25,468.22 | 411.86 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 25,468.22 | 411.86 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******0192 | 25,468.22 | 411.86 | 25,056.36 |
| ------------------------- | ------------------------- | ------------------------- | |
| | 25,468.22 | 411.86 | 25,056.36 |
| ============== | ============== | ============== | |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | Page Subtotals | 12,000.00 | 80.93 |
|---|---|---|---|

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-37542 A
Case Name: BIRCHMIER, TRACY KIRK
　　　　　　BIRCHMIER, ELIZABETH ANN
Trustee Name: MICHAEL P. DACQUISTO

Balance on hand                                                    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000008A | The Golden 1 Credit Union | $ | $ | $ | $ |

　　　　Total to be paid to secured creditors                $_____

　　　　Remaining Balance                                            $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL P. DACQUISTO | $ | $ | $ |
| Trustee Expenses: MICHAEL P. DACQUISTO | $ | $ | $ |

　　　　Total to be paid for chapter 7 administrative expenses    $_____

　　　　Remaining Balance                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000001 | American InfoSource LP | $ | $ | $ |
| 000003 | Discover Bank | $ | $ | $ |
| 000004 | Lassen County Recovery Reimbursem | $ | $ | $ |
| 000005 | American InfoSource LP | $ | $ | $ |
| 000006 | TLC Transportation | $ | $ | $ |
| 000008B | The Golden 1 Credit Union | $ | $ | $ |
| 000010 | Capital One, N.A | $ | $ | $ |
| 000011 | Midland Funding LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors        $_____

Remaining Balance        $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE