FORM L141 Order Fixing Deadline for Filing Objections to Trustee's Final Report and Applications for Final Compensation and/or Reimbursement of Expenses and Notice thereof (v.11.09)

Case 10-37542 - Filed 06/18/13 - Doc 34

10-37542 - A - 7



UNITED STATES BANKRUPTCY COURT
Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814

(916) 930-4400
www.caeb.uscourts.gov
M-F 9:00 AM - 4:00 PM

**FILED**

**6/18/13**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

auto

## ORDER FIXING DEADLINE FOR FILING OBJECTIONS TO TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR FINAL COMPENSATION AND/OR REIMBURSEMENT OF EXPENSES AND NOTICE THEREOF

**Case Number:** 10-37542 - A - 7

**Debtor Name(s) and Address(es):**

Tracy Kirk Birchmier
PO Box 932
Janesville, CA 96114

Elizabeth Ann Birchmier
PO Box 932
Janesville, CA 96114

**Trustee:** Michael P. Dacquisto
PO Box 992631
Redding, CA 96099

**Telephone Number:** 530-244-6267

**Office of the United States Trustee:**

For cases in the Sacramento Division and Modesto Division: 501 I Street, Room 7-500, Sacramento, CA 95814
For cases in the Fresno Division: 2500 Tulare Street, Suite 1401, Fresno, CA 93721

**NOTICE IS HEREBY GIVEN THAT** the trustee in the above referenced case has filed a Final Report, and the trustee and trustee's professionals have filed applications for final compensation and/or reimbursement of expenses. The Final Report and applications for final compensation and/or reimbursement of expenses are summarized in the enclosed Notice of Trustee's Final Report and Applications for Compensation (NFR). The Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the address shown above.

**IT IS ORDERED AND YOU ARE FURTHER NOTIFIED THAT** any person wishing to object to the Trustee's Final Report or to any application for final compensation and/or reimbursement of expenses that has not already been approved, must file a written objection within 21 days of the date of this notice. The objection shall state with particularity the grounds therefor (see NOTE below) and shall be accompanied by a notice of hearing with the date and time filled in. Self set calendar procedures and available hearing dates are posted under Court Calendars on the Court's web site ( www.caeb.uscourts.gov ).

The objection, notice of hearing, and any supporting documents shall be served by the objecting party upon the trustee, the trustee's attorney, any professional not otherwise served whose fees are being challenged, and the United States Trustee.

If no objections are filed, no hearing will be calendared and upon entry of an order on the fee applications, the trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of the Court.

Dated:
6/18/13

For the Court,
Wayne Blackwelder , Clerk

**NOTE:** Examples of matters which are appropriate grounds for hearings on objections to the trustee's report include, but are not limited to, failure by the trustee to collect and reduce to money the property of the estate; failure of the trustee to account for all property received; and failure by the trustee to investigate the financial affairs of the debtor. Examples of matters which are **not** appropriate for hearings on objections to the trustee's report include general objections to the debtor's discharge; objections to the dischargeability of specific debts; failure to be paid on a debt owed (except in an asset case where the trustee made a distribution in accordance with 11 U.S.C. Section 726, but improperly failed to include the objecting party in such distribution); and return of property.