MICHAEL P. DACQUISTO
Bankruptcy Trustee
P.O. BOX 992631
REDDING, CA  96099-2631
(530) 244-6267

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In re: | Case No.  10-37542-A-7 |
|---|---|
| TRACY KIRK BIRCHMIER ELIZABETH ANN BIRCHMIER Debtor(s) | ORDER APPROVING TRUSTEE'S COMPENSATION AND EXPENSES |

MICHAEL P. DACQUISTO, Trustee of the above-referenced estate:

a) having filed herein the Trustee's Final Report and Proposed Distribution which incorporated trustee's request for compensation and expenses, and

b) written notice of said report and trustee's request for compensation and expenses having been given to all parties in interest,

IT IS HEREBY ORDERED that the Trustee's Final Report and Proposed Distribution is hereby approved as presented and the trustee is allowed:

1. $3,296.82 as reasonable compensation under 11 U.S.C. §330 (a)(1) and §326 (a), and

2. $97.65 as actual, necessary expenses under 11 U.S.C. §330 (a)(2).

Dated: July 14, 2013

By the Court

Michael S. McManus
United States Bankruptcy Judge

RECEIVED
July 10, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004878185